IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Busch, Delilah A

Printed: 2/26/08

Case Number: 07 B 14958
Judge: Squires, John H
Filed: 8/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | JP Morgan Chase Bank | Secured | 24,043.34 | 0.00 |
| 2. | Midland Credit Management | Unsecured | 130.76 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 64.53 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 309.08 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 338.64 | 0.00 |
| 6. | Larry & Corrine Hunley | Unsecured | 3,032.16 | 0.00 |
| 7. | Loan Express Company | Unsecured | 61.46 | 0.00 |
| 8. | JP Morgan Chase Bank | Unsecured | 0.00 | 0.00 |
| 9. | Genesis Financial Services Corp | Unsecured | 155.52 | 0.00 |
| 10. | Illinois Lending Corporation | Unsecured | 127.16 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 156.51 | 0.00 |
| 12. | CitiMortgage Inc | Unsecured | 3,146.52 | 0.00 |
| 13. | North Coast Collection Service | Unsecured | 96.15 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 276.10 | 0.00 |
| 15. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | CBCS | Unsecured |  | No Claim Filed |
| 19. | AT&T Credit Management | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | Global Payments | Unsecured |  | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 23. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 24. | Global Payments | Unsecured |  | No Claim Filed |
| 25. | Famous Home Furnishings | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Busch, Delilah A | Case Number: 07 B 14958 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 2/26/08 | Filed: 8/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | I C Systems Inc | Unsecured | | No Claim Filed |
| 27. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 28. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | I C Systems Inc | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,937.93 | $ 0.00 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____